1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MAUREECE SIMPKINS,                          No.  2:25-cv-0618 AC P

12                   Plaintiff,

13        v.                                      ORDER

14   ARMANDO DELACRUZ, et al.,

15                   Defendants.

16   _____

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to

18   42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff

19   alleges violations of his civil rights by defendants.  The alleged violations took place in Kern

20   County, which is part of the Fresno Division of the United States District Court for the Eastern

21   District of California.  See L.R. 120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

27        2.  This action is transferred to the United States District Court for the Eastern District of

28   California sitting in Fresno; and

1

3.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: February 26, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2