UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREECE SIMPKINS,<br><br>             Plaintiff,<br><br>    v.<br><br>ARMANDO DELACRUZ, et al.,<br><br>            Defendants. | Case No.: 1:25-cv-00249-SKO<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS FOLLOWING SCREENING OF PLAINTIFF'S COMPLAINT**<br><br>**14-DAY OBJECTION PERIOD**<br><br>Clerk of the Court to Assign District Judge |

Plaintiff Maureece Simpkins is appearing pro se and *in forma pauperis* in this civil rights action.

**I.    BACKGROUND**

On November 26, 2025, this Court issued its First Screening Order. (Doc. 11.) It found Plaintiff plausibly alleged the following claims: Eighth Amendment excessive force against Defendants Delacruz and Escobedo; Eighth Amendment deliberate indifference to serious medical needs against Defendant Policarpio, and Eighth Amendment failure to protect against Defendants Hightower and Moreno-Guillen; the undersigned further found Plaintiff failed to allege any other cognizable claim against any other named Defendant. (*Id*. at 4-11.) Plaintiff was ordered to do one of the following within 21 days: (1) notify the Court in writing that he did not wish to file a first amended complaint and was willing to proceed only on the cognizable claims identified by the Court in the First Screening Order; or (2) file a first amended complaint curing

the deficiencies identified in the screening order; or (3) file a notice of voluntary dismissal. (*Id*. at 11-13.)

On December 15, 2025, Plaintiff filed a notice to proceed on cognizable claims. (Doc. 12.)

## II.     ORDER AND RECOMMENDATIONS

Accordingly, the Court **HEREBY ORDERS** the Clerk of the Court to randomly assign a district judge to this action.

Further, the Court **HEREBY RECOMMENDS** that:

1. This action **PROCEED** *only* on Plaintiff's Eighth Amendment excessive force claims against Defendants Delacruz and Escobedo, Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Policarpio, and Eighth Amendment failure to protect claims against Defendants Hightower and Moreno-Guillen;

2. Defendants Robert Cesena, Alexis Russell, Sheila Avalos, Carlos Urrutia, Michael Rients, Aaron Medina, and Hunberto Ochoa be **DISMISSED** from this action; and

3. Any remaining claims in Plaintiff's complaint be **DISMISSED**.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days** after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. Local Rule 304(b). The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations" and **shall not exceed fifteen (15) pages** without leave of Court and good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C). A party's failure to file any objections within the specified time

//

//

may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:  **December 17, 2025**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE