IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAUREECE SIMPKINS,** | Case No. 1:25-cv-00249-JLT-SKO |
| Plaintiff, | **ORDER GRANTING 21-DAY EXTENSION OF TIME WITHIN WHICH TO RETURN WAIVER OF SERVICE OF PROCESS RE ARMANDO DELACRUZ** |
| **v.** | |
| **DE LA CRUZ, et al.,** | |
| Defendants. | (Doc. 21) |

The California Attorney General's Office (AGO) has specially appeared in this action to request a 21-day extension of the deadline to return a waiver of service on behalf of Defendant Delacruz. Good cause appearing, the request is **GRANTED**. The AGO shall have until **April 17, 2026**, to return a waiver of service for Delacruz.

IT IS SO ORDERED.

Dated:   **March 30, 2026**                          /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

1