UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREECE SIMPKINS,<br>Plaintiff,<br>v.<br>ARMANDO DELACRUZ, et al.,<br>Defendants. | Case No.: 1:25-cv-00249-JLT-EGC (PC)<br><br>ORDER THAT INMATE MAUREECE SIMPKINS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Maureece Simpkins is appearing pro se and *in forma pauperis* in this civil rights action.

A video settlement conference in this matter commenced on September 30, 2026. Inmate Maureece Simpkins, CDCR #BJ-2184, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 1, 2026**

UNITED STATES MAGISTRATE JUDGE